JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| ERROL LOVELL UNDERWOOD, | ) | Case NO. ED CV 07-26-CJC (PJW) |
| Petitioner, | ) | |
| | ) | J U D G M E N T |
| v. | ) | |
| KATHY PROSPER, WARDEN, | ) | |
| Respondent. | ) | |

    Pursuant to the Order Adopting Findings, Conclusions, and Recommendations of United States Magistrate Judge,

    IT IS ADJUDGED that the Petition is denied and this action is dismissed with prejudice.

    DATED: <u>April 20, 2009</u>.

_____
CORMAC J. CARNEY
UNITED STATES DISTRICT JUDGE